UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 14, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RAQUEL SOLORIO, )<br>)<br>Defendant. ) | Case No. MAG-05-0294-JFM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAQUEL SOLORIO, Case No. MAG-05-0294-JFM, Charge, Bank Robbery, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

    _x_   Unsecured Appearance Bond - ($50,000)

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety - Within 30 days

    ___   Corporate Surety Bail Bond

    _x_   (Other)   Special Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 14, 2005  at  2:30 p.m.  .

By   /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge